**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
# Civil Cover Sheet

JUDGE KAPALA

08 C 50064

FILED
APR 1 4 2008 aew
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** ERIC WARE

**Defendant(s):** GUY PIERCE, etc., et al.

**County of Residence:** LEE

**County of Residence:**

**Plaintiff's Address:**

Eric Ware
R-32516
Dixon - DIX
P.O. Box 1200
Dixon, IL  61021

**Defendant's Attorney:**

Illinios Department of Correction
100 West Randolph, Suite 4-200
Chicago, IL  60601

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [✓] Yes  [ ] No

**Signature:** *A. E. Woodham*   **Date:** 04/14/2008