In The United States District Court
Northern District of Illinois

FILED
APR 1 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Eric Ware (R32516) )
)
V. )
)
Guy Pierce et-al )
)

08C50064
JUDGE KAPALA

Motion for Appointment of Counsel

Comes Now the plaintiff, Eric Ware, pro-se, and hereby requests to proceed In Forma Pauperis pursuant to 28 USC 1915 and States as follows:

1. The plaintiff claims that he is indigent and cannot pay the cost to proceed in this Cause and does not own any assets and he is a debtor.

Wherefore, the plaintiff prays that this Court will allow him to proceed In Forma Pauperis.

Respectfully Submitted
[signature]
3/13/08

Date : 3/31/2008
Time : 12:48:58
CHAMP

**Dixon Correctional Center**
**Trust Fund**
Inmate Transaction Statement
1/31/2008 to 3/31/2008

**Inmate: R32516 Ware, Eric**

**Housing Unit: DIX-NW-31-27**

| | |
|---|---|
| **Total Inmate Funds:** | .00 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 1.55 |
| **Funds Available:** | -1.55 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 03/31/2008 | 81830225 | Disb | Legal Postage 3/31/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $1.55 |
| | | | | **Total Restrictions:** | **$1.55** |

**Lawrence Correctional Center**
**Trust Fund**
Inmate Transaction Statement
1/25/2008 to 3/25/2008

**Inmate: R32516 Ware, Eric** **Housing Unit: LAW-R2-BU-24**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | -93.18 |
| 01/31/08 | Mail Room | 01 MO/Checks (Not Held) | 031217 | 10522 | Cibf, Greivance Reimb. | 50.00 | -43.18 |
| 02/15/08 | Payroll | 20 Payroll Adjustment | 046134 | | P/R month of 01/2008 | 7.48 | -35.70 |
| 03/06/08 | Mail Room | 04 Intake and Transfers In | 066219 | 139056 | Stateville C.C. | -2.00 | -37.70 |
| 03/18/08 | Payroll | 20 Payroll Adjustment | 078134 | | P/R month of 02/2008 | 4.08 | -33.62 |

| | |
|---|---|
| **Total Inmate Funds:** | -33.62 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 289.59 |
| **Funds Available:** | -323.21 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 10/05/2007 | 057463 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.99 |
| 10/09/2007 | 057483 | Disb | Library | 2 DOC: 523 Fund Library | $5.90 |
| 10/12/2007 | 057529 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 10/15/2007 | 057542 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 10/15/2007 | 057542 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.82 |
| 10/15/2007 | 057542 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.50 |
| 10/16/2007 | 057566 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $5.30 |
| 10/18/2007 | 057591 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.31 |
| 10/18/2007 | 057591 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.29 |
| 10/18/2007 | 057591 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.97 |
| 10/18/2007 | 057593 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $0.45 |
| 10/18/2007 | 057594 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $3.40 |
| 10/18/2007 | 057595 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.38 |
| 10/19/2007 | 057655 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.80 |
| 10/23/2007 | 057666 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $6.50 |
| 10/24/2007 | 057674 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $5.17 |
| 10/24/2007 | 057674 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.22 |
| 10/25/2007 | 057712 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $3.95 |
| 10/25/2007 | 057712 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 10/26/2007 | 057729 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 10/26/2007 | 057729 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.82 |
| 10/26/2007 | 057731 | Disb | Library | 2 DOC: 523 Fund Library | $0.10 |
| 11/05/2007 | 057763 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.30 |
| 11/05/2007 | 057763 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $3.08 |
| 11/05/2007 | 057763 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.97 |
| 11/05/2007 | 057770 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.31 |
| 11/05/2007 | 057770 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.82 |
| 11/06/2007 | 057775 | Disb | Library | 2 DOC: 523 Fund Library | $2.40 |
| 11/06/2007 | 057793 | Disb | Library | 2 DOC: 523 Fund Library | $2.25 |

**Lawrence Correctional Center**

**Trust Fund**

Inmate Transaction Statement

1/25/2008 to 3/25/2008

**Inmate: R32516 Ware, Eric**

**RESTRICTIONS**

**Housing Unit: LAW-R2-BU-24**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 11/07/2007 | 057803 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.96 |
| 11/07/2007 | 057806 | Disb | Library | 2 DOC: 523 Fund Library | $1.30 |
| 11/07/2007 | 057806 | Disb | Library | 2 DOC: 523 Fund Library | $1.05 |
| 11/14/2007 | 057820 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.94 |
| 11/16/2007 | 057830 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.82 |
| 11/16/2007 | 057831 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.82 |
| 11/16/2007 | 057832 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 11/16/2007 | 057832 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $9.80 |
| 11/20/2007 | 057872 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.97 |
| 11/20/2007 | 057872 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.23 |
| 11/20/2007 | 057872 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.40 |
| 11/21/2007 | 057912 | Disb | Library | 2 DOC: 523 Fund Library | $0.35 |
| 11/21/2007 | 504663 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $6.90 |
| 11/26/2007 | 057921 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 11/26/2007 | 057922 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.75 |
| 11/26/2007 | 057924 | Disb | Library | 2 DOC: 523 Fund Library | $13.50 |
| 11/27/2007 | 057929 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.97 |
| 11/29/2007 | 057944 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.55 |
| 12/04/2007 | 058026 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $5.01 |
| 12/04/2007 | 058027 | Disb | Library | 2 DOC: 523 Fund Library | $6.00 |
| 12/04/2007 | 058029 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.90 |
| 12/05/2007 | 058051 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.49 |
| 12/05/2007 | 058051 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 12/06/2007 | 058079 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 12/07/2007 | 058123 | Disb | Library | 2 DOC: 523 Fund Library | $6.65 |
| 12/12/2007 | 058138 | Disb | Library | 2 DOC: 523 Fund Library | $1.25 |
| 12/12/2007 | 058146 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.23 |
| 12/12/2007 | 058158 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.67 |
| 12/12/2007 | 058158 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.14 |
| 12/18/2007 | 058214 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $4.53 |
| 12/19/2007 | 058219 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.14 |
| 12/20/2007 | 058271 | Disb | Library | 2 DOC: 523 Fund Library | $5.90 |
| 12/20/2007 | 058271 | Disb | Library | 2 DOC: 523 Fund Library | $5.70 |
| 12/26/2007 | 058316 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.55 |
| 12/31/2007 | 058352 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.97 |
| 01/02/2008 | 058359 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 01/07/2008 | 058420 | Disb | Library | 2 DOC: 523 Fund Library | $2.80 |
| 01/07/2008 | 058421 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.86 |
| 01/14/2008 | 058508 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.31 |
| 01/14/2008 | 058508 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.97 |
| 01/14/2008 | 058518 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 01/16/2008 | 058546 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $3.68 |
| 01/16/2008 | 504687 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 01/18/2008 | 058563 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.82 |
| 01/22/2008 | 058587 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.58 |
| 01/22/2008 | 058590 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.23 |

Date : 3/25/2008
Time : 09:44:13
CHAMP

**Lawrence Correctional Center**
**Trust Fund**
Inmate Transaction Statement
1/25/2008 to 3/25/2008

**Inmate: R32516 Ware, Eric** **Housing Unit: LAW-R2-BU-24**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 01/23/2008 | 058623 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.55 |
| 01/23/2008 | 058626 | Disb | Library | 2 DOC: 523 Fund Library | $1.85 |
| 01/23/2008 | 058626 | Disb | Library | 2 DOC: 523 Fund Library | $0.80 |
| 01/24/2008 | 058634 | Disb | Debts due to State (non-postage) | 99999 DOC: 523 Fund Inmate Reimburseme | $16.00 |
| 01/25/2008 | 504705 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $2.45 |
| 01/25/2008 | 504708 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $2.20 |
| 01/28/2008 | 504713 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 01/28/2008 | 504714 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.33 |
| 01/28/2008 | 504719 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 02/01/2008 | 058696 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $3.30 |
| 02/01/2008 | 058721 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.14 |
| 02/01/2008 | 504763 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $16.75 |
| 02/01/2008 | 504765 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $16.03 |
| 02/01/2008 | 504765 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 02/07/2008 | 504774 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.79 |
| 02/13/2008 | 504790 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.74 |
| 02/13/2008 | 504790 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.23 |
| 02/21/2008 | 504805 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.06 |
| 03/05/2008 | 058943 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.37 |
| 03/06/2008 | 058956 | Disb | Library | 2 DOC: 523 Fund Library | $5.65 |
| 03/07/2008 | 058958 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $3.30 |
| 03/07/2008 | 504967 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $2.15 |
| 03/13/2008 | 059014 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.97 |
| 03/13/2008 | 059014 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.14 |
| 03/13/2008 | 059042 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $6.39 |
| 03/13/2008 | 059044 | Disb | Library | 2 DOC: 523 Fund Library | $4.20 |
| 03/17/2008 | 505077 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $0.65 |
| 03/18/2008 | 505082 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $1.79 |
| 03/18/2008 | 505100 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 03/21/2008 | 505117 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimburseme | $2.23 |
| | | | | **Total Restrictions:** | **$289.59** |