In United States District Court
Northern District of Illinois

Eric Ware (R-32516)  )
            )
       v.   )
            )
Pierce et al )

**FILED**
APR 1 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 50064
JUDGE KAPALA

## Motion for Supplemental Pleading

Now come the plaintiff, Eric Ware, pro-se, and hereby Supplements his Complaint pursuant to Federal Rule of Civil Procedure 15 and States:

1. The plaintiff incorrectly spelled Defendant's Neal name which should be Ms. O'Neal.

Wherefore, the plaintiff prays that this Honorable Court will Supplement the record so that it will reflect defendant Neal as O'neal.

Respectfully Submitted

*[signature]*

3/13/08