# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | FREDERICK J. KAPALA | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50064 | **DATE** | 4/21/08 |
| **CASE TITLE** | Eric Ware (#R-32516) vs. Guy Pierce, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff having "struck out" pursuant to 28 U.S.C. § 1915(g), he is denied leave to proceed *in forma pauperis*. The plaintiff must pay the full statutory filing fee of $350 within fifteen days of the date of this order. Failure to pay the $350 filing fee within fifteen days will result in summary dismissal of this case. *See* N.D. Ill. Local Rule 3.3(e).

■ [For further details see text below.]

Docketing to mail notices.

## STATEMENT

    The plaintiff, a state prisoner, has brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Although the plaintiff has neither paid the statutory filing fee nor filed a motion for leave to proceed *in forma pauperis*, a review of the court's docket reveals that the plaintiff is barred from proceeding without paying the full statutory filing fee in advance.

    The Prison Litigation Reform Act of 1995 (PLRA), enacted on April 26, 1996, provides that a prisoner may not bring a civil action or appeal a civil judgment under 28 U.S.C. § 1915 "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

    A review of the court's docket reflects that at least three claims filed by Mr. Ware while incarcerated have been dismissed in this district on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted. *See, e.g., Ware v. Bank One*, Case No. 07 C 3964, dismissed by Minute Order of July 25, 2007 (Kocoras, J.); *Ware v. Chicago Police Dept.*, Case No. 07 C 6645, Minute Order of March 5, 2008 (Holderman, J.) (assessing two "strikes" in one case pursuant to *George v. Smith*, 507 F.3d 605, 607-08 (7th Cir. 2007).

**(CONTINUED)**

mjm

**STATEMENT**

    The plaintiff's current complaint, in which he alleges denial of access to the courts at the Dixon Correctional Center, does not allege that he is in imminent danger of serious physical injury. Accordingly, 28 U.S.C. §1915(g) prevents him from proceeding without the full prepayment of the $350 filing fee.

    For the foregoing reasons, the plaintiff is denied leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g). If the plaintiff fails to pay the $350 filing fee within fifteen days, the court will enter judgment dismissing this case in its entirety. *See* N.D. Ill. Local Rule 3.3(e).

Case 3:08-cv-50064 Document 6 Filed 04/22/2008 Page 2 of 2