## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | FREDERICK J. KAPALA | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50064 | **DATE** | June 6, 2008 |
| **CASE TITLE** | Eric Ware (#R-32516) vs. Guy Pierce, et al. | | |

**DOCKET ENTRY TEXT:**

By Minute Order of May 2, 2008, the court denied the plaintiff's motion for reconsideration and ordered him to pay the full $350.00 filing fee pursuant to 28 U.S.C. § 1915(g). Although forewarned of the consequences, the plaintiff has failed to remit the statutory filing fee as directed. The complaint is accordingly dismissed and the case is terminated. The plaintiff's motions for appointment of counsel [#3], to supplement his complaint [#4], and for a preliminary injunction [#5] are denied as moot. However, having brought this action, the plaintiff nevertheless remains obligated to pay the full filing fee. *See* 28 U.S.C. §1915(b)(1); *Sloan v. Lesza*, 181 F.3d 857, 859 (7th Cir. 1999). Before pursuing any future litigation, the plaintiff must pay any outstanding fees.

■ [Docketing to mail notices.]

mjm