# United States District Court
## Northern District of Illinois
### Western Division

Eric Ware                                    **JUDGMENT IN A CIVIL CASE**

       v.                                    Case Number: 08 C 50064

Guy Pierce, et al.

☐    Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■    Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.


IT IS HEREBY ORDERED AND ADJUDGED that by Minute Order of May 2, 2008, the court denied the plaintiff's motion for reconsideration and ordered him to pay the full $350.00 filing fee pursuant to 28 U.S.C. § 1915(g).  Although forewarned of the consequences, the plaintiff has failed to remit the statutory filing fee as directed.  The complaint is accordingly dismissed and the case is terminated.  The plaintiff's motions for appointment of counsel [#3], to supplement his complaint [#4], and for a preliminary injunction [#5] are denied as moot.  However, having brought this action, the plaintiff nevertheless remains obligated to pay the full filing fee.  *See* 28 U.S.C. §1915(b)(1); *Sloan v. Lesza*, 181 F.3d 857, 859 (7th Cir. 1999).  Before pursuing any future litigation, the plaintiff must pay any outstanding fees.


Michael W. Dobbins, Clerk of Court

Date: 6/6/2008                          _____

                                        /s/ Susan Wessman, Deputy Clerk