In The United States District Court
Northern District of Illinois

Eric Ware,
　　　　　　　Plaintiff
　v.
Guy Pierce et-al,
　　　　　　　Defendants

NO. 08-C-50064

Hon. Fredrick J. Kapala

FILED
JUL 07 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Motion for an Extension of Time To File an Appeal

Now come the Plaintiff, Eric Ware, pro-se, and Moves this Honorable Court to allow him an Extension of Time to File an Appeal pursuant to the Federal Rules of Appellate Procedure, 4(a)(5), and he States as follows:

1. The Plaintiff is on a Temporary Court writ and is housed at the Stateville Correctional Center. Theres zero access to a law library at that institution, and the Plaintiff does not know if or when he will be returned to the Dixon Correctional Center.

2. The Plaintiff would like to file a Writ of Prohibition in the United State's Supreme Court, challenging the merits of the three Strike provision under the PLRA and under the 7th Circuits ruling in George V. Smith, 507 F.3d 605 (2007).

Wherefore, the Plaintiff requests for a full extension of Time to Appeal to the United State's Supreme Court for a Writ of Prohibition attacking the merits of the 3 Strikes provision under George V. Smith, in light of Jones V. Bock S.ct. 2007.

Respectfully Submitted
Eric Ware R32516
7/1/08

Eric Wilee R32576
After 5 Days Return to
P.O. Box 112
Joliet, IL 60434-0112

Legal Mail

THIS CORRESPONDENCE
IS FROM AN INMATE
OF THE ILLINOIS
DEPT OF CORRECTIONS

United States District Court
211 South Court Street
Rockford, IL. 61101

02 1M
0004245818
MAILED FROM ZIP CODE 60434
$ 00.42⁰
JUL 03 2008
UNITED STATES POSTAGE
PITNEY BOWES