# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50064 | **DATE** | 7/7/2008 |
| **CASE TITLE** | Ware vs. Pierce | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for extension of time to appeal [11] is granted. The time to file plaintiff's notice of appeal is extended to August 1, 2008, pursuant to Rule 4(a)(5) of the Federal Rules of Appellate Procedure.

Docketing to mail notices.

| | Courtroom Deputy Initials | /lc |
|---|---|---|