IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ERIC WARE,

   V.   PLAINTIFF.

GUY PIERCE,
NEDRA CHANDLER, and
CAROLE O'Neal,

   DEFENDANTS.

) APPEAL FROM THE UNITED STATES
) DISTRICT COURT FOR THE NORTHERN
) DISTRICT OF ILLINOIS.
)
) No. 08-C-50064
)
) FREDERICK J. KAPALA
)      Judge

## NOTICE OF APPEAL

Notice is hereby given that Eric Ware, hereby Appeal to the United States Court of Appeals for the Seventh Circuit from the final decision of this Court entered in the above captioned case on the 6th day of June, 2008.

FILED
Chicago
AUG 1 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ERIC WARE R-32516
DIXON CORRECTIONAL CENTER
2600 N. Brinton Ave.
DIXON, Il. 61021
7/27/08

FILED
Rockford
AUG 2 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Eric Wree R32516
2600 N. Brinton Ave
Dixon, IL- 61021 Rockford

This Correspondence Is From
An Inmate Of The Illinois
Dept Of Corrections

$00.42⁰ JUL 29 2008
MAILED FROM ZIP CODE 61021

United States District Court
219 S. Dearborn St.
Chgo, IL. 60604

Legal Mail

RECEIVED
AUG 01 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT