IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ERIC WARE,

    V.    PLAINTIFF.

GUY PIERCE,
NEDRA CHANDLER, and
CAROLE O'Neal,

    DEFENDANTS.

) APPEAL FROM THE UNITED STATES
) DISTRICT COURT FOR THE NORTHERN
) DISTRICT OF ILLINOIS.
)
) No. 08-C-50064
)
) FREDERICK J. KAPALA
)         Judge

### NOTICE OF APPEAL

Notice is hereby given that Eric Ware, hereby Appeal to the United States Court of Appeals for the Seventh Circuit from the final decision of this Court entered in the above captioned case on the 6th day of June, 2008.

FILED
Chicago
AUG 1 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ERIC WARE R-32516
DIXON CORRECTIONAL CENTER
2600 N. Brinton Ave.
DIXON, Il. 61021
7/27/08

FILED
Rockford
AUG 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Eric Whee R32516
2600 N. Brinton Ave
Dixon, IL. 61021 Rockford

This Correspondence Is From
An Inmate Of The Illinois
Dept Of Corrections

United States District Court
219 S. Dearborn St.
Chgo, IL. 60604

Legal Mail

RECEIVED
AUG 0 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 08v50064

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| Eric Ware(Appellant) | | Guy Pierce et al. |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Eric Ware R-32516 | Name | |
| Firm | PRO SE | Firm | None Of Record |
| Address | Dixon - DIX P.O. Box 1200 Dixon, IL 61021 | Address | |
| Phone | | Phone | |

| Other Information | | | |
|---|---|---|---|
| District Judge | Frederick J. Kapala | Date Filed in District Court | 4/14/2008 |
| Court Reporter | Mary Lindbloom | Date of Judgment | 6/6/2008 |
| Nature of Suit Code | 555 Civil Rights(Prison Con.) | Date of Notice of Appeal | 8/21/2008 |

COUNSEL:   Appointed [ ]   Retained [ ]   Pro Se [x]

FEE STATUS:   Paid [ ]   Due [ ]   IFP [ ]

IFP Pending [x]   U.S. [ ]   Waived [ ]

Has Docketing Statement been filed with the District Court Clerk's Office?   Yes [ ]   No [x]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [ ]   Denied [ ]   Pending [ ]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | FREDERICK J. KAPALA | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 50064 | DATE | June 6, 2008 |
| CASE TITLE | Eric Ware (#R-32516) vs. Guy Pierce, et al. | | |

**DOCKET ENTRY TEXT:**

By Minute Order of May 2, 2008, the court denied the plaintiff's motion for reconsideration and ordered him to pay the full $350.00 filing fee pursuant to 28 U.S.C. § 1915(g). Although forewarned of the consequences, the plaintiff has failed to remit the statutory filing fee as directed. The complaint is accordingly dismissed and the case is terminated. The plaintiff's motions for appointment of counsel [#3], to supplement his complaint [#4], and for a preliminary injunction [#5] are denied as moot. However, having brought this action, the plaintiff nevertheless remains obligated to pay the full filing fee. *See* 28 U.S.C. §1915(b)(1); *Sloan v. Lesza*, 181 F.3d 857, 859 (7th Cir. 1999). Before pursuing any future litigation, the plaintiff must pay any outstanding fees.

■ [Docketing to mail notices.]

mjm

# United States District Court
## Northern District of Illinois
### Western Division

Eric Ware                                     **JUDGMENT IN A CIVIL CASE**

           v.                                             Case Number: 08 C 50064

Guy Pierce, et al.

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that by Minute Order of May 2, 2008, the court denied the plaintiff's motion for reconsideration and ordered him to pay the full $350.00 filing fee pursuant to 28 U.S.C. § 1915(g). Although forewarned of the consequences, the plaintiff has failed to remit the statutory filing fee as directed. The complaint is accordingly dismissed and the case is terminated. The plaintiff's motions for appointment of counsel [#3], to supplement his complaint [#4], and for a preliminary injunction [#5] are denied as moot. However, having brought this action, the plaintiff nevertheless remains obligated to pay the full filing fee. *See* 28 U.S.C. §1915(b)(1); *Sloan v. Lesza*, 181 F.3d 857, 859 (7th Cir. 1999). Before pursuing any future litigation, the plaintiff must pay any outstanding fees.

                                                                    Michael W. Dobbins, Clerk of Court

Date: 6/6/2008                                           _____
                                                                /s/ Susan Wessman, Deputy Clerk

APPEAL, MAHONEY, PC, TERMED

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Rockford)
# CIVIL DOCKET FOR CASE #: 3:08-cv-50064
# Internal Use Only

| | |
|---|---|
| Ware v. Pierce et al | Date Filed: 04/14/2008 |
| Assigned to: Honorable Frederick J. Kapala | Date Terminated: 06/06/2008 |
| Referred to: Honorable P. Michael Mahoney | Jury Demand: Plaintiff |
| Cause: 42:1983 Prisoner Civil Rights | Nature of Suit: 555 Civil Rights (Prison Condition) |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Eric Ware**      represented by **Eric Ware**
R-32516
Dixon - DIX
P.O. Box 1200
Dixon, IL 61021
PRO SE

V.

**Defendant**

**Guy Pierce**
*Deputy Director*

**Defendant**

**Nedra Chandler**
*Warden*

**Defendant**

**Neal**
*Law Librarian*

**Defendant**

**Roger E Walker, Jr**

**Service List**      represented by **Illinois Department of Corrections**
100 West Randolph, Suite 4-200
Chicago, IL 60601
*ATTORNEY TO BE NOTICED*

**Prisoner Correspondence - Internal Use**

**Only**
Email: Prison1_ILND@ilnd.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/14/2008 | 1 | RECEIVED Complaint and 2 copies by Eric Ware (pg, ) (Entered: 04/16/2008) |
| 04/14/2008 | 2 | CIVIL Cover Sheet (pg, ) (Entered: 04/16/2008) |
| 04/14/2008 | 3 | MOTION by Plaintiff Eric Ware to appoint counsel, MOTION by Plaintiff Eric Ware for leave to proceed in forma pauperis (pg, ) (Entered: 04/16/2008) |
| 04/14/2008 | 4 | MOTION by Plaintiff Eric Ware for Supplemental Pleading (pg, ) (Entered: 04/16/2008) |
| 04/14/2008 | 5 | MOTION by Plaintiff Eric Ware for preliminary injunction (pg, ) (Entered: 04/16/2008) |
| 04/14/2008 |  | THIS matter is referred to the Honorable P. Michael Mahoney pursuant to Internal Operating Procedure 11(d) (pg, ) (Entered: 04/16/2008) |
| 04/22/2008 | 6 | MINUTE entry before Judge Honorable Frederick J. Kapala: The plaintiff having "struck out" pursuant to 28 U.S.C. § 1915(g), he is denied leave to proceed in forma pauperis 3 . The plaintiff must pay the full statutory filing fee of $350 within fifteen days of the date of this order. Failure to pay the $350 filing fee within fifteen days will result in summary dismissal of this case. See N.D. Ill. Local Rule 3.3(e).[For further details see text below.] Docketing mailed notice (pg, ) (Entered: 04/22/2008) |
| 04/29/2008 | 7 | MOTION by Plaintiff Eric Ware to Alter or Amend Judgment on motion for leave to proceed in forma pauperis,,, terminate motions,, 6 (pg, ) (Entered: 04/29/2008) |
| 05/02/2008 | 8 | MINUTE entry before Judge Honorable Frederick J. Kapala: The plaintiff's motion to alter or amend judgment 7 is denied. The court remains satisfied that the plaintiff has "struck out" pursuant to 28 U.S.C. § 1915(g). Failure to pay the $350 filing fee within fifteen days will result in summary dismissal of this case. See N.D. Ill. Local Rule 3.3(e).[For further details see text below.]Docketing mailed notice (pg, ) (Entered: 05/02/2008) |
| 06/06/2008 | 9 | MINUTE entry before the Honorable Frederick J. Kapala: Civil case terminated. : By Minute Order of May 2, 2008, the court denied the plaintiff's motion for reconsideration and ordered him to pay the full $350.00 filing fee pursuant to 28 U.S.C. § 1915(g). Although forewarned of the consequences, the plaintiff has failed to remit the statutory filing fee as directed. The complaint is accordingly dismissed and the case is terminated. The plaintiff's motions for appointment of counsel # 3 , to supplement his complaint # 4 , and for a preliminary injunction # 5 are denied as moot. However, having brought this action, the plaintiff nevertheless remains obligated to pay the full filing fee. See 28 U.S.C. §1915(b)(1); Sloan v. Lesza, 181 F.3d 857, 859 (7th Cir. 1999). Before pursuing any future litigation, the plaintiff must pay any outstanding fees. Docketing mailed notice (jat, ) (Entered: 06/06/2008) |

| | | |
|---|---|---|
| 06/06/2008 | 10 | ENTERED JUDGMENT Signed by the Court Clerk for Honorable Frederick J. Kapala on 6/6/2008:(jat, ) (Entered: 06/06/2008) |
| 07/07/2008 | 11 | MOTION by Plaintiff Eric Ware for extension of time to file an Appeal (pg, ) (Entered: 07/07/2008) |
| 07/07/2008 | 12 | MINUTE entry before the Honorable Frederick J. Kapala: Plaintiff's motion for extension of time to appeal 11 is granted. The time to file plaintiff's notice of appeal is extended to August 1, 2008, pursuant to Rule 4(a)(5) of the Federal Rules of Appellate Procedure.Docketing mailed notice (pg, ) (Entered: 07/08/2008) |
| 07/08/2008 | 13 | MINUTE entry before the Honorable Frederick J. Kapala: Pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, the court's minute orders of April 22, 2008, and May 2, 2008, are modified to reflect the additional strikes listed below. [For further details see text below.] Docketing mailed notice (jat, ) (Entered: 07/09/2008) |
| 08/01/2008 | 14 | NOTICE of appeal by Eric Ware regarding orders 9 , 10 (pg, ) (Entered: 08/21/2008) |
| 08/01/2008 | 15 | MOTION by Plaintiff Eric Ware for leave to appeal in forma pauperis (pg, ) (Entered: 08/21/2008) |