# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FILED**

## NOTICE OF DOCKETING - Short Form

August 21, 2008

AUG 2 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 08-3142 |
| Caption:<br>ERIC WARE,<br>Plaintiff - Appellant<br>v.<br>GUY D. PIERCE, Warden, NEDRA CHANDLER, Warden, C. O'NEAL, RODGER E. WALKER, Jr.,<br>Defendants - Appellees |
| District Court No: 3:08-cv-50064<br>Court Reporter Mary Lindbloom<br>Clerk/Agency Rep Michael Dobbins<br>District Judge Frederick Kapala |
| Date NOA filed in District Court: 08/01/2008 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form** (form ID: **188**)